452 A.2d 1083

McFetridge, Appellant v. Air Products & Chemicals Co.
Petition for Allowance of Appeal Denied March 18, 1983.

Argued June 16, 1982. Daniel J. Weis, for appellant; Avrum Levicoff, for Air Products, appellee; Daniel F. Cusick, for Westinghouse, appellee; Charles Kirshner, for Welding & Steel, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The judgment of the lower court is hereby affirmed.

November 19, 1982.

452 A.2d 1083

Alexander et al., Appellants v. Tower Associates.

Argued December 5, 1979. Lenard L. Wolffe, for appellants; Edward O'Malley, for appellees.

Before HESTER, MONTGOMERY and O'KICKI, JJ.*

Order affirmed.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.